# Claim Chart for U.S. Patent 7,177,285 - Digi International Inc.

| Claim | Digi International Inc. |
|---|---|
| 1[Pre]. A process for provisioning between a wireless device and a network, comprising the steps of:<br><br>Specification Support:<br><br>The network access point 12 shown in FIG. 1 is located within a service area 18 for a network 17, such as a wireless local area network (WLAN) or a wireless personal area network (WPAN), and typically communicates 16 with a one or more wireless devices 14 which operate within the service area 18, as well as to other wired devices connected to the network, and to connected networks, such as the Internet.<br><br>As seen in FIG. 1, the time based wireless access provisioning system 20 can be used for a wide variety of wireless devices 14a-14n which are adapted to communicate with the network access point 12, such as but not limited to a desktop computer 14a, a portable laptop computer 14b, a network printer 14c, a digital video recorder 14d, a game box 14e, a portable phone 14f, a personal digital assistant (PDA) 14g, and/or a wireless picture frame 14h.<br>*Specification: Col-5, Line- 3-17* | The accused products, including the Digi XBee Wi-Fi modules, System-on-Modules ConnectCore modules, and Wireless Vehicle Bus Adapters with Wi-Fi Protected Setup (WPS) functionality for associating devices, including, but not limited to, Digi XBee Wi-Fi (S6B)—XB2B-WFPS-001, XB2B-WFRS-001, XB2B-WFUS-001, XB2B-WFPT-001, XB2B-WFUT-001, XB2B-WFWT-001, and XB2B-WFST-001; System-on-Modules—ConnectCore 91, ConnectCore 93, ConnectCore 95, ConnectCore MP13, ConnectCore 15, ConnectCore 25, ConnectCore 8M Mini, ConnectCore 8M Nano, ConnectCore 8X, ConnectCore 6, ConnectCore 6UL, ConnectCore 6 Plus; and Wireless Vehicle Bus Adapter (WVA), implemented the recited process.<br><br>Push Button Configuration (PBC) was a Wi-Fi Protected Setup (WPS) method that allowed two devices to automatically establish a secure wireless connection without manually entering network credentials. In the PBC method, a user pressed the PBC button on the enrolee and, within a 120-second walk time, pressed the PBC button on the Registrar/Access Point, causing the enrolee to transmit probe request messages containing the WSC IE PBC information element. The registrar detected the probe requests, exchanged WPS registration messages with the enrolee, and automatically associated the devices upon successful completion of the protocol.<br><br>For example, the defendant products, including, but not limited to, the Wireless Vehicle Bus Adapter (WVA), performed the Pushbutton Configuration ("PBC") method for associating with a network.<br><br>DIGI Connect with Confidence<br><br>**Digi XBee® Wi-Fi**<br><br> |



EXHIBIT A

**Claim Chart for U.S. Patent 7,177,285 - Digi International Inc.**

| | |
|---|---|
| | **Exciting features on the Digi XBee Wi-Fi module include:**<br>• Native Digi Remote Manager support: Module can automatically connect to Digi Remote Manager<br>• Simple provisioning tools: SoftAP, WPS, and a local WebUI are all available to make provisioning the module a breeze<br>• Flexible design options: Available in Through-Hole and Surface-Mount footprints<br><br>https://www.digi.com/products/embedded-systems/digi-xbee/rf-modules/2-4-ghz-rf-modules/xbee-wi-fi#overview<br><br>**XBee Wi-Fi Product Datasheet**<br><br>BENEFITS<br>– Native Digi Remote Manager integration for data acquisition and device management<br>– Hardware and software complete module easily joins existing 802.11 b/g/n (Wi-Fi) infrastructures<br>– Common Digi XBee footprint allows OEMs to support a variety of wireless protocols<br>– Flexible SPI and UART serial interfaces<br>– Available in Surface Mount and Through-Hole form factors<br>– Support for low-power sleeping applications with <6 µA power-down current<br>– Over-the-air data rates up to 72 Mbps<br>– Simple provisioning methods including Soft AP and Wi-Fi Protected Setup (WPS) |



EXHIBIT A

**Claim Chart for U.S. Patent 7,177,285 - Digi International Inc.**

| PART NUMBERS | DESCRIPTION |
|---|---|
| XB2B-WFPS-001 | Digi XBee Wi-Fi (S6B), PCB Antenna, SMT |
| XB2B-WFRS-001 | Digi XBee Wi-Fi (S6B), RF Pad Antenna, SMT |
| XB2B-WFUS-001 | Digi XBee Wi-Fi (S6B), U.FL Antenna, SMT |
| XB2B-WFPT-001 | Digi XBee Wi-Fi (S6B), PCB Antenna, Through-Hole |
| XB2B-WFUT-001 | Digi XBee Wi-Fi (S6B), U.FL Antenna, Through-Hole |
| XB2B-WFWT-001 | Digi XBee Wi-Fi (S6B), Wire Antenna, Through-Hole |
| XB2B-WFST-001 | Digi XBee Wi-Fi (S6B), RPSMA Antenna, Through-Hole |

https://www.digi.com/resources/library/data-sheets/ds_xbeewifis6b

## System-on-Modules




https://docs.digi.com/resources/documentation/digidocs/embedded/index.html



EXHIBIT A

**Claim Chart for U.S. Patent 7,177,285 - Digi International Inc.**

| | |
|---|---|
| | Wi-Fi Direct<br><br>Wi-Fi Direct is a Wi-Fi standard that allows devices to connect with each other without requiring a Wi-Fi access point. Wi-Fi Direct negotiates the link with a Wi-Fi Protected Setup (WPS) system that assigns each device a limited wireless access point.<br><br>Establishing a peer-to-peer (P2P) link has the following phases:<br><br>• **P2P discovery**, which allows to search for P2P devices in the vicinity<br>• **P2P group formation**, a P2P group is formed with the identification of one of the devices as group owner. A device can either become group owner (GO) autonomously if configured to do so or it can be negotiated between devices with the exchange of GO intents.<br>• **P2P provisioning**, which authenticates the link by using either Push Button Configuration (PBC) or PIN authentication.<br>• **P2P connection**, when the connection between a Group Owner (GO) and a Group Client (GC) is actually established.<br><br>https://docs.digi.com/resources/documentation/digidocs/embedded/dey/5.0/cc8mmini/bsp-wifi-direct_r.html<br><br>Wireless Vehicle Bus Adapter (WVA)<br><br>**Configure WVA for Wi-Fi Direct** |



EXHIBIT A

**Claim Chart for U.S. Patent 7,177,285 - Digi International Inc.**

4. The Wi-Fi Direct Wizard launches. The wizard prompts you for a device name and the method for establishing the Wi-Fi Direct connection.
   a. In the **Device Name** field, enter an identifier associated with the WVA. The recommended name is the fleet ID for the vehicle, such as **truck326**:







   b. In the **WPS Method** field, select the Wi-Fi Protected Setup (WPS) method that Wi-Fi Direct users will use to connect to the WVA. Options are:
      - **Push Button**: Configures the Wi-Fi Direct connection to be established by a user pressing the WVA button. The **Push Button** method establishes the Wi-Fi Direct connection from the phone/tablet side with no data entry required. Because most phone/tablet devices remember the connection, the connection needs to be established only once. However, users must locate the WVA in the vehicle to press the button, which can be difficult to do in some vehicles.
      - **Enter PIN**: Configures the Wi-Fi Direct connection to be established by a user entering a PIN on the connecting device (phone or tablet). Using the **Enter PIN** method eliminates the need to locate the WVA in the vehicle to press the button. However, it requires users to enter the PIN from the connecting device every time the user accesses the WVA.
      - **WPS PIN**: Selecting a value for the **WPS Method** option displays the next field, **WPS PIN**. This is the PIN users enter to establish the Wi-Fi Direct connection. This PIN is an eight-digit code. Enter the first seven digits of the PIN. The eighth digit is calculated and displayed.



EXHIBIT A

**Device Name:** truck326

**WPS Method:** Enter PIN

**WPS PIN:** 2345625

Enter the first 7 digits of the PIN. The complete PIN will be shown below.

To connect to this device, enter this PIN on the phone or tablet:

**23456259**

Please record this PIN. It is required to connect to this device.

☑ Reconfigure IP addresses for Wi-Fi Direct

- Checking the **Reconfigure IP addresses for Wi-Fi Direct** checkbox forces the WVA's IP addressing to a mode that always works for Wi-Fi Direct. Digi recommends keeping this checkbox check.

5. Click **Finish** to complete the wizard.
6. When the wizard completes, if a reboot is required, click **Reboot** to complete the configuration. The WVA enables Wi-Fi Direct mode and is configured with a default IP address of **192.168.43.1**

https://docs.digi.com//resources/documentation/digidocs/pdfs/90001929.pdf Pages 17, 24, 25, 26 of 83

# Wi-Fi Protected Setup Specification

**Version 1.0h**

**December 2006**

This document contains a proposal for easy, secure setup and introduction of devices into WPA-enabled 802.11 networks. It is intended to meet the requirements determined by the Wi-Fi Protected Setup working group in the Wi-Fi Alliance.

Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 1

**Claim Chart for U.S. Patent 7,177,285 - Digi International Inc.**

| | |
|---|---|
| | **1.2. Scope**<br><br>The primary goal of Wi-Fi Protected Setup is to simplify the security setup and management of Wi-Fi networks. The goal of this specification is to provide users with the assurance that their wireless networks are protected against unauthorized access and disclosure of private information.<br><br>The scope of this document is limited to that outlined by the Wi-Fi Protected Setup Specification Requirements Document.<br><br>Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 7<br><br>**1.8.1. In-band Setup**<br><br>[…]<br><br>Context 2: the user has a portable game console that he wants to connect to the existing WLAN for online gaming. This user prioritizes convenience over security, so he decides to use the push button configuration method for setting up the portable game console.<br><br>**Setup steps**<br><br>1. User presses the PBC button on the game console.<br>2. User presses the PBC button on the Registrar.<br>3. The game console and Registrar display the progress of the PBC method on their respective user interfaces. Upon completion of the protocol, both indicate "connection success."<br><br>Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 9<br><br>**2. Core Architecture**<br><br>**2.1. Definitions**<br><br>[…]<br><br>• Enrollee: A Device seeking to join a WLAN Domain. Once an Enrollee obtains a valid credential, it becomes a Member. |



EXHIBIT A

| | |
|---|---|
| | […]<br><br>• Registrar: An entity with the authority to issue and revoke Domain Credentials. A Registrar may be integrated into an AP, or it may be separate from the AP. A Registrar may not have WLAN capability. A given Domain may have multiple Registrars.<br><br>• External Registrar: A Registrar for an AP's Domain that runs on a device separate from the AP<br><br>• PushButton Configuration (PBC): A configuration method triggered by pressing a physical or logical button on the Enrollee and on the Registrar.<br><br>• WLAN: A Wi-Fi network<br><br>Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 11 |
| 1[a]. tracking an operating parameter of the wireless device within a service area, wherein the operating parameter of the wireless device comprises an onset of a signal transmission of the wireless device; and<br><br>Specification Support:<br><br>Time-Based Provisioning Process. FIG. 3 is a flow chart of a time based wireless access provisioning process 52a. The network access point 12 tracks 54 the power on time of wireless devices 14, whereby the powered wireless device begins transmission of a reverse link signal 28. When a wireless device 14 to be authorized is powered on 56, the provisioning logic 44 at the network access | The Defendant Digi Products performed the step of tracking an operating parameter of a first device, wherein the operating parameter of the first device comprises an onset of a signal transmission of the first device.<br><br>For example, in the Push Button Configuration (PBC) mode of Wi-Fi Protected Setup (WPS), the user initiated PBC by pressing the PBC button on the enrolee, causing the PBC procedure to begin. In response to the button press, the enrolee entered PBC mode and initiated wireless communication by transmitting an IEEE 802.11 Probe Request containing the Wi-Fi Simple Configuration Information Element (WSC IE PBC). The Registrar monitored the received Probe requests and responded through Probe Responses. The time period between which the enrolee waits for the probe response could be defined as the onset of the signal transmission i.e. probe request.<br><br>Here, "first device" corresponded to the user device or enrolee seeking access to the network; the "operating parameter" corresponded to the enrolee entering PBC mode; the service area corresponded to the network selected by the enrolee where beacons were transmitted; the "onset of a signal transmission" corresponded to the enrolee beginning transmission of the Probe Request message containing the WSC IE PBC; "tracking" corresponded to Registrar monitoring received Probe Requests.<br><br>Wireless Vehicle Bus Adapter (WVA) |



EXHIBIT A

**Claim Chart for U.S. Patent 7,177,285 - Digi International Inc.**

<table>
<tr>
<td>
point 12 notes the power on time 82 (FIG. 5). The user U then activates 58 the provisioning access 44 at the network access point 12, typically by pressing an activation button or switch 46.<br>
Specification: Col- 5, Line- 32-41<br><br>
The network access point 12 shown in FIG. 1 is located within a service area 18 for a network 17, such as a wireless local area network (WLAN) or a wireless personal area network (WPAN), and typically communicates 16 with a one or more wireless devices 14 which operate within the service area 18, as well as to other wired devices connected to the network, and to connected networks, such as the Internet.<br>
Specification: Col-5, Line- 3-9<br><br>
In response to a properly timed interaction 57, the network access point 12 provisions the wireless device 14 automatically. As seen in FIG. 3, the network access point 12 determines 60 if there is a recent power on of a wireless device 14, e.g. such as within 5 minutes. If the wireless device 14 was recently powered 56, such as within an acceptance time interval 74 (FIG. 5), the positive determination logic 62 allows the network access point 12 to initiate provisioning 64.<br>
Specification: Col- 5, Line- 42-49
</td>
<td>

**Configure WVA for Wi-Fi Direct**

4. The Wi-Fi Direct Wizard launches. The wizard prompts you for a device name and the method for establishing the Wi-Fi Direct connection.

a. In the **Device Name** field, enter an identifier associated with the WVA. The recommended name is the fleet ID for the vehicle, such as **truck326**:







b. In the **WPS Method** field, select the Wi-Fi Protected Setup (WPS) method that Wi-Fi Direct users will use to connect to the WVA. Options are:

- **Push Button**: Configures the Wi-Fi Direct connection to be established by a user pressing the WVA button. The **Push Button** method establishes the Wi-Fi Direct connection from the phone/tablet side with no data entry required. Because most phone/tablet devices remember the connection, the connection needs to be established only once. However, users must locate the WVA in the vehicle to press the button, which can be difficult to do in some vehicles.

https://docs.digi.com//resources/documentation/digidocs/pdfs/90001929.pdf Pages 17, 24, 25, 26 of 83

**4. Adding Member Devices**

[…]

</td>
</tr>
</table>



EXHIBIT A

**Claim Chart for U.S. Patent 7,177,285 - Digi International Inc.**

| | |
|---|---|
| | When an Enrollee is initialized, it looks for Beacons from APs and sends probe-requests with the WSC IE into either selected networks or into each network sequentially. It may also send probe-requests to each 802.11 channel with the WSC IE included. It looks for the WSC IE in probe-responses that it receives and can engage with one or more Registrars to further discover Registrar capabilities and to see if the user has selected a Registrar. The Enrollee should continue looking for selected Registrar flags in Beacons, probe-responses and any M2 messages and should cease scanning when it finds a Registrar indicating that it is prepared to configure it.<br><br>Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 25<br><br>**2.2. Components and Interfaces**<br><br><br>***Figure 1: Components and Interfaces***<br><br>Figure 1 illustrates the major components and their interfaces as defined by the Wi-Fi Protected Setup Proposal. There are three logical components involved in Wi-Fi Protected Setup: the Registrar, the AP, and the Enrollee. In some cases these logical components may be co-located. For example, an AP may include a built-in Registrar to add Enrollees in a standalone fashion either with or without a web browser. |



EXHIBIT A

| | |
|---|---|
| | **2.2.2. Interface E**<br><br>This interface is logically located between the Enrollee and the Registrar (physically, the AP can work as a proxy to convey the messages). The purpose of Interface E is to enable the Registrar to discover and issue WLAN Credentials to the Enrollee. Interface E may include only WLAN communication or it may also include communication across an out-of-band channel.<br><br>**Enrollee**<br><br>The Enrollee implements Interface E by:<br><br>1. Including a Wi-Fi Protected Setup IE in 802.11 probe request messages.<br>2. Including a unique, randomly generated device password on a display or printed label. The device password is used to authenticate the in-band exchange between the Registrar and Enrollee.<br>3. Optionally supporting one or more out-of-band channels for easier and more secure configuration.<br>4. Implementing the "Enrollee" part of the Registration Protocol (for more details, refer to section 2.3).<br>5. Optionally receiving ad-hoc probe-responses from wireless Registrars.<br><br>**Registrar**<br><br>The Registrar implements Interface E by:<br><br>1. Processing Enrollee (device or AP) Discovery data in Probe messages (for wireless Registrars) and/or UPnP (for IP-based Registrars).<br>2. Implementing the "Registrar" part of the Registration Protocol (for more details, see section 2.3).<br>3. Optionally supporting one or more out-of-band channels for easier and more secure configuration<br>4. Configuring the AP with the Enrollee's MAC address and Credential using Interface M if necessary<br>5. Responding to Enrollee Probe-Requests through Probe-Responses if Registrar is an AP or operating in ad-hoc mode.<br><br>Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 12 & 13 |

**Claim Chart for U.S. Patent 7,177,285 - Digi International Inc.**

| | |
|---|---|
| | **10. PushButton Configuration**<br><br>**10.1. Introduction**<br><br>This section specifies an optional method called PushButton Configuration (PBC) that allows a Registrar with a very simple user interface (for example, a button and a LED) and no additional out-of-band channel to provide Credentials to PBC-capable Enrollee devices. PBC Enrollees may also have very simple user interfaces. PBC requires only a single button press on the Enrollee and on the Registrar, in arbitrary order.<br><br>[…]<br><br>**10.2. User Experience**<br><br>The PBC method requires the user to press a button on both the Enrollee and on the Registrar within a two-minute interval called the Walk Time. Figure 10 illustrates an example of the user actions and relative timings of PBC for the case where the Enrollee button is pressed first. The case where the Registrar button is pressed first is similar, but not shown here. Section 10.3 contains a more detailed explanation of the protocol. |



EXHIBIT A

**Claim Chart for U.S. Patent 7,177,285 - Digi International Inc.**

<table>
<tr><td></td><td>

<br>Figure 10 PBC User Actions<br>In this example, the user first pushes the button on the Enrollee and then goes to the Registrar to push the Registrar's button. The user must complete the second button push within Walk Time, a maximum of 120 seconds, or the Enrollee times-out and indicates failure. Similarly, if the user first pushes the Registrar button, the Enrollee button must be pushed within Walk Time or the Registrar will indicate failure.<br><br>Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 77 & 78</td></tr>
<tr><td>1[b]. initiating provisioning of the wireless device if the tracked operating parameter occurs within a time interval.<br><br>Specification Support:</td><td>The Defendant Products performed the step of initiating provisioning the first device with at least one other device if the tracked operating parameter occurred within a time interval.<br><br>For example, in the Push Button Configuration (PBC) mode of Wi-Fi Protected Setup (WPS), the enrollee entered PBC mode and transmitted a probe request containing the Wi-Fi Simple Configuration Information Element (WSC IE PBC). The user then pressed the PBC button on the registrar. When the second button push occurred within the 120-second walk time interval, the registrar monitored the received probe requests, responded</td></tr>
</table>



EXHIBIT A

**Claim Chart for U.S. Patent 7,177,285 - Digi International Inc.**

| | |
|---|---|
| In response to a properly timed interaction 57, the network access point 12 provisions the wireless device 14 automatically. As seen in FIG. 3, the network access point 12 determines 60 if there is a recent power on of a wireless device 14, e.g. such as within 5 minutes. If the wireless device 14 was recently powered 56, such as within an acceptance time interval 74 (FIG. 5), the positive determination logic 62 allows the network access point 12 to initiate provisioning 64.<br><br>*Specification: Col- 5, Line- 42-49* | through probe responses, and initiated the registration protocol to exchange WPS messages with the enrolee. Upon successful completion of the registration protocol, the enrolee and the registrar/access point were automatically associated.<br><br>Here, "tracked operating parameter" corresponded to the onset of the Probe Request {WSC IE PBC} transmission by the enrolee; "time interval" corresponded to the 120-second Walk Time interval; and "initiating provisioning" corresponded to the AP/Registrar automatically establishing a connection with the enrollee following the button presses.<br><br>**2.2.2. Interface E**<br><br>This interface is logically located between the Enrollee and the Registrar (physically, the AP can work as a proxy to convey the messages). The purpose of Interface E is to enable the Registrar to discover and issue WLAN Credentials to the Enrollee. Interface E may include only WLAN communication or it may also include communication across an out-of-band channel.<br><br>Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 12 & 13<br><br>Context 2: the user has a portable game console that he wants to connect to the existing WLAN for online gaming. This user prioritizes convenience over security, so he decides to use the push button configuration method for setting up the portable game console.<br><br>**Setup steps**<br><br>1. User presses the PBC button on the game console.<br>2. User presses the PBC button on the Registrar.<br>3. The game console and Registrar display the progress of the PBC method on their respective user interfaces. Upon completion of the protocol, both indicate "connection success."<br><br>Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 9 |



EXHIBIT A

**Claim Chart for U.S. Patent 7,177,285 - Digi International Inc.**

| | |
|---|---|
| | **10.2. User Experience**<br><br>The PBC method requires the user to press a button on both the Enrollee and on the Registrar within a two-minute interval called the Walk Time. Figure 10 illustrates an example of the user actions and relative timings of PBC for the case where the Enrollee button is pressed first. The case where the Registrar button is pressed first is similar, but not shown here. Section 10.3 contains a more detailed explanation of the protocol.<br><br><br><br>***Figure 10 PBC User Actions***<br><br>In this example, the user first pushes the button on the Enrollee and then goes to the Registrar to push the Registrar's button. The user must complete the second button push within Walk Time, a maximum of 120 seconds, or the Enrollee times-out and indicates failure. Similarly, if the user first pushes the Registrar button, the Enrollee button must be pushed within Walk Time or the Registrar will indicate failure.<br><br>Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 77 & 78 |