**Claim Chart for U.S. Patent US 7,027,465 - Digi International Inc.**

<table>
<tr><th>Claim</th><th>Digi International Inc.</th></tr>
<tr>
<td>
1[Pre]. A method for detecting priority of data frames in a network comprising the steps of<br><br>
Specification Support:<br><br>
According to this embodiment, the priority of a MAC layer frame is detected by using one or more information elements which are transmitted to the Access Point (AP) 1. That is, one or more bit patterns with corresponding different offsets are checked whether they match with one or more different search patterns.<br>
Specification: Col- 6, Line- 62-67
</td>
<td>
The accused products, including Digi XBee Wi-Fi modules, System-on-Modules ConnectCore modules, and Wireless Vehicle Bus Adapters, including, but not limited to, System-on-Modules – Wi-i.MX53 SOM, i.MX51, along with Digi XBee Wi-Fi (S6B) - XB2B-WFPS-001, XB2B-WFRS-001, XB2B-WFUS-001, XB2B-WFPT-001, XB2B-WFUT-001, XB2B-WFWT-001, XB2B-WFST-001; System-on-Modules - ConnectCore 6, ConnectCore 6UL, ConnectCore 8X, ConnectCore 8M Nano, ConnectCore 6 SBC, ConnectCore 6+ SBC, ConnectCore 6UL SBC Pro, ConnectCore 6N SBC, ConnectCore 8X SBC that supported 802.11n, implemented the recited method.<br><br>
For example, the Accused Products' Wi-Fi Multimedia (WMM) compatible SoCs detected the priority of data frames in a network by mapping to the Access Category ("AC") of the Enhanced Distributed Channel Access ("EDCA") mechanism.<br><br>
Accordingly, the claimed "method" corresponded to the WMM procedure for processing QoS frames, wherein the UP bit pattern was extracted from the predetermined position of the QoS Control field of the frame. UP subfield of the QoS control field depicting the priority information of the data.<br><br>
DIGI Connect with Confidence<br><br>
Wi-i.MX53 SOM
<table>
<tr><th>Specifications</th><th>Digi ConnectCore® Wi-i.MX53</th></tr>
<tr><td>Wireless LAN</td><td></td></tr>
<tr><td>Standard</td><td>802.11a/b/g/n (2.4/5 GHz)</td></tr>
<tr><td>Security</td><td>WEP, WPA-PSK/WPA2-Personal, WPA/WPA2 Enterprise, 802.11i</td></tr>
<tr><td>QoS</td><td>WMM, WMM-PS, 802.11e</td></tr>
</table>
</td>
</tr>
</table>



EXHIBIT D

| | |
|---|---|
| | https://www.digi.com/products/embedded-systems/digi-connectcore/system-on-modules/connectcore-wi-mx53#specifications<br><br>ConnectCore®<br>for i.MX51<br><br>**Media access control**<br>▪ Dynamic selection of fragment threshold, data rate and antenna depending on the channel statistics<br>▪ WPA, WPA2 and WMM support<br><br>https://uploadcdn.oneyac.com/attachments/files/brand_pdf/digiinternational/68/70/90001128.pdf<br>Page: 1, 129 of 147<br><br>802.11e WMM<br><br>What is 802.11e WMM?<br><br>802.11e wireless standard uses Enhanced Distribution Coordination Function (EDCF) to categorize traffic. It provides basic Quality of Service (QoS) functionality for Wireless networks.<br><br>**NOTE**: WMM is required for 802.11n support.<br><br>https://wiki.teltonika-networks.com/view/802.11e_WMM<br><br>**Digi XBee® Wi-Fi** |



EXHIBIT D

**Claim Chart for U.S. Patent US 7,027,465 - Digi International Inc.**




| Platform | Digi XBee Wi-Fi (S6B) |
|---|---|
| FEATURES | |
| WIRELESS LAN | |
| Standard | 802.11b/g/n |
| Data Rates | 1 Mbps to 72 Mbps |
| Modulation | 802.11b: CCK, DSSS<br>802.11g/n: OFDM with BPSK, QPSK, 16-QAM, 64-QAM |

https://www.digi.com/products/embedded-systems/digi-xbee/rf-modules/2-4-ghz-rf-modules/xbee-wi-fi#specifications

**XBee Wi-Fi Product Datasheet**

**Claim Chart for U.S. Patent US 7,027,465 - Digi International Inc.**

BENEFITS

- Native Digi Remote Manager integration for data acquisition and device management
- Hardware and software complete module easily joins existing 802.11 b/g/n (Wi-Fi) infrastructures
- Common Digi XBee footprint allows OEMs to support a variety of wireless protocols
- Flexible SPI and UART serial interfaces
- Available in Surface Mount and Through-Hole form factors
- Support for low-power sleeping applications with <6 µA power-down current
- Over-the-air data rates up to 72 Mbps
- Simple provisioning methods including Soft AP and Wi-Fi Protected Setup (WPS)

| PART NUMBERS | DESCRIPTION |
|---|---|
| XB2B-WFPS-001 | Digi XBee Wi-Fi (S6B), PCB Antenna, SMT |
| XB2B-WFRS-001 | Digi XBee Wi-Fi (S6B), RF Pad Antenna, SMT |
| XB2B-WFUS-001 | Digi XBee Wi-Fi (S6B), U.FL Antenna, SMT |
| XB2B-WFPT-001 | Digi XBee Wi-Fi (S6B), PCB Antenna, Through-Hole |
| XB2B-WFUT-001 | Digi XBee Wi-Fi (S6B), U.FL Antenna, Through-Hole |
| XB2B-WFWT-001 | Digi XBee Wi-Fi (S6B), Wire Antenna, Through-Hole |
| XB2B-WFST-001 | Digi XBee Wi-Fi (S6B), RPSMA Antenna, Through-Hole |

https://www.digi.com/resources/library/data-sheets/ds_xbeewifis6b

System-on-Modules

ConnectCore 6



EXHIBIT D

**Claim Chart for U.S. Patent US 7,027,465 - Digi International Inc.**

| | |
|---|---|
| | Features<br>• IEEE 802.11 a/b/g/n support<br>• Software Access Point (SoftAP) support<br>• Security (Open, WEP, WPA/WPA2 PSK, WPA/WPA2 Enterprise)<br><br>https://docs.digi.com/resources/documentation/digidocs/embedded/dey/5.0/cc6/bsp-wifi-overview_r_ar6233.html<br><br>ConnectCore 6UL<br>Wi-Fi<br>The wireless variant of the ConnectCore 6UL SOM integrates the Qualcomm QCA6564 wireless chipset with the following features:<br>• Dual Band 5GHz 802.11ac or 2.4/5GHz 802.11n Wireless Local Area Network (WLAN)<br>  ◦ 20/40 MHz at 2.4GHz<br>  ◦ 20/40/80 MHz at 5GHz<br><br>https://docs.digi.com/resources/documentation/digidocs/embedded/dey/5.0/cc6ul/bsp-wifi-overview_r_qca65x4.html<br><br>ConnectCore 8X |

**Claim Chart for U.S. Patent US 7,027,465 - Digi International Inc.**

| | |
|---|---|
| | Wi-Fi<br><br>The wireless variant of the ConnectCore 8X SOM integrates the Qualcomm QCA6574 wireless chipset with the following features:<br><br>• Dual Band 5GHz 802.11ac or 2.4/5GHz 802.11n Wireless Local Area Network (WLAN)<br>  ∘ 20/40 MHz at 2.4GHz<br>  ∘ 20/40/80 MHz at 5GHz<br><br>https://docs.digi.com/resources/documentation/digidocs/embedded/dey/5.0/cc8x/bsp-wifi-overview_r_qca65x4.html<br><br>ConnectCore 8M Nano<br><br>Wi-Fi<br><br>The wireless variant of the ConnectCore 8M Nano SOM integrates the Qualcomm QCA6564 wireless chipset with the following features:<br><br>• Dual Band 5GHz 802.11ac or 2.4/5GHz 802.11n Wireless Local Area Network (WLAN)<br>  ∘ 20/40 MHz at 2.4GHz<br>  ∘ 20/40/80 MHz at 5GHz<br><br>https://docs.digi.com/resources/documentation/digidocs/embedded/dey/5.0/cc8mnano/bsp-wifi-overview_r_qca65x4.html |



EXHIBIT D

**Claim Chart for U.S. Patent US 7,027,465 - Digi International Inc.**




https://docs.digi.com/resources/documentation/digidocs/embedded/index.html

## ConnectCore® 6 SBC

### Features and functionality

- ConnectCore 6 module
  - i.MX6 single/dual/quad ARM Cortex-A9 cores operating at speeds of up to 1.2GHz
  - 64-bit DDR3-1066 memory interface with a density up to 2Gbytes
  - 8-bit eMMC support up to revision 4.4/4.41
  - Optional IEEE802.11a/b/g/n WLAN and Bluetooth 4.0

https://ftp1.digi.com/support/documentation/90001418_B.pdf Page 1, 7 of 62

## Digi ConnectCore 6+ SBC



EXHIBIT D

**Claim Chart for U.S. Patent US 7,027,465 - Digi International Inc.**

| SPECIFICATIONS | Digi ConnectCore® 6+ SBC |
|---|---|
| APPLICATION PROCESSOR | NXP i.MX6Plus encompasses a quad-core Arm® Cortex®-A9 platform running up to 1.0 GHz with 1 MB of L2 cache, and optimized 64-bit DDR3 or 2-ch., 32-bit LPDDR2 support. Integrated FlexCAN, MLB busses, PCI Express® and SATA-2 provide excellent connectivity. |
| WI-FI | 802.11a/b/g/n/ac |

https://www.digi.com/products/embedded-systems/digi-connectcore/single-board-computers/connectcore-6-plus-sbc#specifications

## Digi ConnectCore 6UL SBC Pro

| Specifications | Digi ConnectCore 6UL SBC PRO |
|---|---|
| WIRELESS NETWORK CONNECTIVITY | |
| WI-FI | Dual-band 802.11a/b/g/n/ac 1x1 (MCS 0-9) |

https://www.digi.com/products/embedded-systems/digi-connectcore/single-board-computers/connectcore-for-i-mx6ul-sbc-pro#specifications

## Digi ConnectCore 6N SBC

| Specifications | Digi ConnectCore 6N SBC |
|---|---|
| Wi-Fi | 802.11a/b/g/n/ac |

https://www.digi.com/products/embedded-systems/digi-connectcore/single-board-computers/connectcore-6-sbc#specifications



EXHIBIT D

**Claim Chart for U.S. Patent US 7,027,465 - Digi International Inc.**

# ConnectCore 8X

SBC Express

## Features and functionality

- ConnectCore 8X System-on-module
  - i.MX 8X Dual/Quad ARM Cortex-A35 and single Cortex-M4F cores.
  - 2 GB, 32-bit LPDDR4-1200 memory.
  - 8 GB, 8-bit eMMC memory.
  - IEEE802.11 a/b/g/n/ac and Bluetooth 4.2.

https://docs.digi.com//resources/documentation/digidocs/pdfs/90002296.pdf Page 1, 4 of 21

See WMM Specification:

Wi-Fi Alliance® Technical Committee
WMM®-Admission Control Technical Task Group

**Wi-Fi Multimedia™ Technical Specification**
**(with WMM-Power Save and WMM-Admission Control)**

**Version 1.2.0**

*This document is the specification for the Wi-Fi Alliance® Wi-Fi Multimedia (WMM®), a quality of service (QoS) solution for Wi-Fi® networks. Updates to the original specification have added feature sets for WMM-Power Save and WMM-Admission Control.*



EXHIBIT D

**Claim Chart for U.S. Patent US 7,027,465 - Digi International Inc.**

| | |
|---|---|
| | **3.3.2 Mappings for Received Unicast Frames at an AP**<br>Unicast frames received by an AP may be:<br>a) Non-QoS subtypes, in which case the AP shall assign an 802.1D priority of 0 (best effort) to them. See section 2.1<br>b) QoS subtypes, in which case the AP shall use the UP subfield of the QoS control field as the priority information.<br>In the event that the received frame has a destination address within the BSS, the AP shall determine the transmit queue according to the procedure described in section 3.3.1.<br><br>Wi-Fi Multimedia Technical Specification, Wi-Fi Alliance Technical Committee, version 1.2.0, 2012, Page: 25<br><br>**1.3 WMM Features**<br>The features supported by WMM in this phase are as follows:<br>1. Capability negotiation independent of the QoS capabilities of IEEE 802.11-2012. That is, WMM devices will not advertise 802.11 QoS capability unless they also support those features independently. This is part of a forward compatibility strategy which is described in detail in a subsequent paragraph.<br>2. Frame formats and over the air protocols were based on those originally proposed for IEEE 802.11e/D6.0 [2]. However, no attempt is made to track future changes in the 802.11 standards and reflect them back into the WMM specification. Divergence between the two specifications is a necessary side effect of the decision to base WMM on a draft 802.11e specification.<br>3. WMM will use an EDCA mechanism only, and except where explicitly indicated otherwise in this specification other 802.11 QoS features, including HCCA polling and associated signaling, Block Acknowledgement, and direct-link traffic, were not included in WMM.<br><br>Wi-Fi Multimedia Technical Specification, Wi-Fi Alliance Technical Committee, version 1.2.0, 2012, Page: 8 |



EXHIBIT D

**Claim Chart for U.S. Patent US 7,027,465 - Digi International Inc.**

## 3.4 Channel Access Protocol

### 3.4.1 Reference Implementation

The channel access protocol is derived from the DCF procedures described in [1]. This document specifies only differences between the WMM channel access protocol and the reference.




**Figure 17 Reference Implementation Model**

A model of the reference implementation is shown in Figure 17 and illustrates the mapping of the priority bits of the 802.1D Priority information that is contained in the MSDU to UP, access category (AC), the four transmit queues, and four independent channel access functions, one for each queue. The mapping of AC to priority is described in section 3.3. Each AC is associated with its own sequence number counter as described in 2.1.5.

Wi-Fi Multimedia Technical Specification, Wi-Fi Alliance Technical Committee, version 1.2.0, 2012, p. 26



EXHIBIT D

**Claim Chart for U.S. Patent US 7,027,465 - Digi International Inc.**

| | |
|---|---|
| | **3.114 prioritized quality of service (QoS):** The provisioning of service in which the medium access control (MAC) protocol data units (MPDUs) with higher priority are given a preferential treatment over MPDUs with a lower priority. Prioritized QoS is provided through the enhanced distributed channel access (EDCA) mechanism.<br><br>IEEE Std 802.11-2007, Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, p. 60<br><br>See, e.g., IEEE 802.11-2007 Specification:<br><br>**IEEE Standard for Information technology— Telecommunications and information exchange between systems— Local and metropolitan area networks— Specific requirements**<br><br>**Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications**<br><br>**6.1.1.1.1 Determination of UP of received frames at the AP sent by other STAs in the BSS**<br><br>The received unicast frames at the AP may be as follows:<br>a) Non-QoS subtypes, in which case the AP shall assign to them a priority of Contention, if they are received during the contention period (CP), or ContentionFree, if they are received during the contention-free period (CFP).<br>b) QoS subtypes, in which case the AP shall infer the UP value from the TID in the QoS Control field directly for TID values between 0 and 7. For TID values between 8 and 15, the AP shall extract the UP value in the UP subfield of the TS Info field in the associated TSPEC or from the UP field in the associated TCLAS (traffic classification) element, as applicable.<br><br>QoS APs deliver the UP with the received MSDUs to the DS. |



EXHIBIT D

| | |
|---|---|
| | IEEE Std 802.11-2007, Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications; Page: 99<br><br>**6.1.1.2 Interpretation of priority parameter in MAC service primitives**<br><br>The value of the priority parameter in the MAC service primitives (see 6.2) may be a non-integer value of either Contention or ContentionFree or may be any integer value in the range 0 through 15.<br><br>When the priority parameter has an integer value, it is used in the TID subfields that appear in certain frames that are used to deliver and to control the delivery of QoS data across the WM.<br><br>Priority parameter and TID subfield values 0 through 7 are interpreted as UPs for the MSDUs. Outgoing MSDUs with UP values 0 through 7 are handled by MAC entities at STAs in accordance with the UP.<br><br>IEEE Std 802.11-2007, Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications; Page: 100<br><br>**9.9.1 HCF contention-based channel access (EDCA)**<br><br>**9.9.1.1 Reference implementation**<br><br>The channel access protocol is derived from the DCF procedures described in 9.2.<br><br>A model of the reference implementation is shown in Figure 9-17 and illustrates a mapping from frame type or UP to AC: the four transmit queues and the four independent EDCAFs, one for each queue. The mapping of UP to the AC is described in 9.1.3.1 and Table 9-1. The mapping of frame types to ACs is described in 9.1.3.1. |



EXHIBIT D

**Claim Chart for U.S. Patent US 7,027,465 - Digi International Inc.**

| | |
|---|---|
| | <br>**Figure 9-17—Reference implementation model**<br>IEEE Std 802.11-2007, Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications; Page: 334-335 |
| 1[a]. extracting a bit pattern from a predetermined position in a frame,<br><br>Specification Support:<br><br>The procedure shown in FIG. 2 is executed by the Access Point AP2 every time a Medium Access Control (MAC) layer frame has been received.<br><br>In step S1, **the AP 2 extracts a bit pattern from a given position in the received frame**. The bit pattern can be a pattern of two bytes, for example. However, the length of the bit | Defendant, using the Accused Products, performed the step of extracting a bit pattern from a predetermined position in a frame<br><br>Wi-Fi Multimedia (WMM) was a Quality of Service (QoS) mechanism that prioritized traffic by classifying frames into different access categories. WMM data frames included a QoS Control field containing a User Priority (UP) subfield. The UP subfield occupied a predetermined bit position within the frame and carried the priority information associated with the frame.<br><br>For example, Defendant's Accused Products extracted a bit pattern, namely the UP-subfield bit pattern, from a predetermined position in a data frame, such as the QoS Control field.<br><br>See WMM Specification: |



EXHIBIT D

**Claim Chart for U.S. Patent US 7,027,465 - Digi International Inc.**

pattern can be selected arbitrarily. The extracted bit pattern is indicated by BP in FIG. 2. In step S2, the extracted bit pattern BP is compared with a predetermined search pattern SP.
*Specification: Col- 5, Line- 22-30*

**3.3.2 Mappings for Received Unicast Frames at an AP**

Unicast frames received by an AP may be:

a) Non-QoS subtypes, in which case the AP shall assign an 802.1D priority of 0 (best effort) to them. See section 2.1

b) QoS subtypes, in which case the AP shall use the UP subfield of the QoS control field as the priority information.

Wi-Fi Multimedia Technical Specification, Wi-Fi Alliance Technical Committee, version 1.2.0, 2012, Page: 25

## 2.0 WMM Frame Formats

### 2.1 Data Frame Formats

#### 2.1.1 Fields

Data, Control and Management frames are indicated by a type subfield in the frame control field, as defined for [1]. Data frames include additional WMM-specified subtypes and conditional fields.

The general frame format for data type frames is shown in Figure 1.

| 2 | 2 | 6 | 6 | 6 | 2 | 6 or 0 | 2 or 0 | n | 4 |
|---|---|---|---|---|---|---|---|---|---|
| Frame Control | Dur | Address 1 | Address 2 | Address 3 | Seq Control | Address 4 | QoS Control | Body | FCS |
| MAC Header | | | | | | | | | |

**Figure 1 WMM QoS Data Frame Format**

The Address 4 and QoS control fields are conditionally present in the MAC header, determined by values in the frame control field. The Address 4 field is present if and only if both toDS and fromDS bits are set in the frame control field (see 2.1.2). The QoS control field is present if and only if the frame is of subtype QoS data or QoS null.

Wi-Fi Multimedia Technical Specification, Wi-Fi Alliance Technical Committee, version 1.2.0, 2012, Page: 10



EXHIBIT D

**Claim Chart for U.S. Patent US 7,027,465 - Digi International Inc.**

<table>
<tr>
<td></td>
<td>
2.1.6 QoS Control Field<br>
The QoS control field consists of two octets and is shown in Figure 4.<br>
<table>
<tr><td>15 … 7</td><td>6 5</td><td>4</td><td>3</td><td>2 … 0</td></tr>
<tr><td>0</td><td>ack policy</td><td>EOSP</td><td>0</td><td>UP</td></tr>
</table>
Figure 4 QoS Control Field<br>
The three bit UP field carries the priority bits of the 802.1D Priority and is used to signal the priority for this frame. It also implies the sending AC according to the mappings in Table 14. The UP for each MPDU of a MSDU shall be the same value.<br><br>
Wi-Fi Multimedia Technical Specification, Wi-Fi Alliance Technical Committee, version 1.2.0, 2012, Page: 12
</td>
</tr>
</table>



EXHIBIT D

**Claim Chart for U.S. Patent US 7,027,465 - Digi International Inc.**

| | |
|---|---|
| | **3.3 Assignment of Frames to Queues**<br><br>**3.3.1 Mappings for Unicast Frames**<br>The MAC data service at a STA or AP provides for connectionless, asynchronous transport of MSDUs. Each MSDU transfer request includes an 802.1D Priority field equal to that value. The priority bits of the 802.1D field are mapped to Access Category (AC) according to Table 14 and are listed in increasing priority order. The UP field is carried in the QoS control field of an MPDU. The UP field references the AC the MPDU is transmitted at using the mapping defined in Table 14. At the receiver, the UP field carried in the MPDU shall be used to re-create the 802.1D priority information of the MSDU. |

**Table 14 802.1D Priority to AC mappings**

| Priority | 802.1D Priority (= UP) | 802.1D Designation | Access Category | WMM Designation |
|---|---|---|---|---|
| lowest | 1 | BK | AC_BK | Background |
| | 2 | - | | |
| | 0 | BE | AC_BE | Best Effort |
| | 3 | EE | | |
| | 4 | CL | AC_VI | Video |
| | 5 | VI | | |
| | 6 | VO | AC_VO | Voice |
| highest | 7 | NC | | |

Wi-Fi Multimedia Technical Specification, Wi-Fi Alliance Technical Committee, version 1.2.0, 2012, Page: 25

In another example, 802.11-2007 compatible SoCs of the Accused Products extracted a bit pattern (i.e. TID) User Priority ("UP") from a predetermined position in a data frame, such as the QoS Control field.

See, e.g., IEEE 802.11-2007 Specification:



EXHIBIT D

| | |
|---|---|
| | **IEEE Standard for Information technology— Telecommunications and information exchange between systems— Local and metropolitan area networks— Specific requirements**<br><br>**Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications**<br><br>**6.1.1.1.1 Determination of UP of received frames at the AP sent by other STAs in the BSS**<br><br>The received unicast frames at the AP may be as follows:<br>a) Non-QoS subtypes, in which case the AP shall assign to them a priority of Contention, if they are received during the contention period (CP), or ContentionFree, if they are received during the contention-free period (CFP).<br>b) QoS subtypes, in which case the AP shall infer the UP value from the TID in the QoS Control field directly for TID values between 0 and 7. For TID values between 8 and 15, the AP shall extract the UP value in the UP subfield of the TS Info field in the associated TSPEC or from the UP field in the associated TCLAS (traffic classification) element, as applicable.<br><br>QoS APs deliver the UP with the received MSDUs to the DS.<br><br>IEEE Std 802.11-2007, Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications; Page: 99 |

**Claim Chart for U.S. Patent US 7,027,465 - Digi International Inc.**

**6.1.1.2 Interpretation of priority parameter in MAC service primitives**

The value of the priority parameter in the MAC service primitives (see 6.2) may be a non-integer value of either Contention or ContentionFree or may be any integer value in the range 0 through 15.

When the priority parameter has an integer value, it is used in the TID subfields that appear in certain frames that are used to deliver and to control the delivery of QoS data across the WM.

Priority parameter and TID subfield values 0 through 7 are interpreted as UPs for the MSDUs. Outgoing MSDUs with UP values 0 through 7 are handled by MAC entities at STAs in accordance with the UP.

IEEE Std 802.11-2007, Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications; Page: 100

**7.1.2 General frame format**

The MAC frame format comprises a set of fields that occur in a fixed order in all frames. Figure 7-1 depicts the general MAC frame format. The first three fields (Frame Control, Duration/ID, and Address 1) and the last field (FCS) in Figure 7-1 constitute the minimal frame format and are present in all frames, including reserved types and subtypes. The fields Address 2, Address 3, Sequence Control, Address 4, QoS Control, and Frame Body are present only in certain frame types and subtypes. Each field is defined in 7.1.3. The format of each of the individual subtypes of each frame type is defined in 7.2. The components of management frame bodies are defined in 7.3. The formats of management frames of subtype Action are defined in 7.4

The Frame Body field is of variable size. The maximum frame body size is determined by the maximum MSDU size (2304 octets) plus any overhead from security encapsulation.




**Figure 7-1—MAC frame format**

| | |
|---|---|
| | IEEE Std 802.11-2007, Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications; Page: 108<br><br>**7.1.3.5 QoS Control field**<br><br>The QoS Control field is a 16-bit field that identifies the TC or TS to which the frame belongs and various other QoS-related information about the frame that varies by frame type and subtype. The QoS Control field is present in all data frames in which the QoS subfield of the Subtype field is set to 1 (see 7.1.3.1.2). Each QoS Control field comprises five subfields, as defined for the particular sender (HC or non-AP STA) and frame type and subtype. The usage of these subfields and the various possible layouts of the QoS Control field are described 7.1.3.5.1 through 7.1.3.5.7 and illustrated in Table 7-4.<br><br>**Table 7-4—QoS Control field** |

| Applicable frame (sub) types | Bits 0–3 | Bit 4 | Bits 5-6 | Bit 7 | Bits 8–15 |
|---|---|---|---|---|---|
| QoS (+)CF-Poll frames sent by HC | TID | EOSP | Ack Policy | Reserved | TXOP Limit |
| QoS Data, QoS Null, and QoS Data+CF-Ack frames sent by HC | TID | EOSP | Ack Policy | Reserved | AP PS Buffer State |
| QoS data frames sent by non-AP STAs | TID | 0 | Ack Policy | Reserved | TXOP Duration Requested |
| | TID | 1 | Ack Policy | Reserved | Queue Size |

IEEE Std 802.11-2007, Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications; Page: 115

| | |
|---|---|
| | **7.1.3.5.1 TID subfield**<br><br>The TID subfield identifies the TC or TS to which the corresponding MSDU, or fragment thereof, in the Frame Body field belongs. The TID subfield also identifies the TC or TS of traffic for which a TXOP is being requested, through the setting of TXOP duration requested or queue size. The encoding of the TID subfield depends on the access policy (see 7.3.2.30) and is shown in Table 7-5. Additional information on the interpretation of the contents of this field appears in 6.1.1.2 .<br><br>**Table 7-5—TID subfield**<br><br>(see table below)<br><br>IEEE Std 802.11-2007, Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications; Page: 115 |

| Access policy | Usage | Allowed values in bits 0–3 (TID subfield) |
|---|---|---|
| EDCA | UP for either TC or TS, regardless of whether admission control is required | 0–7 |
| HCCA | TSID | 8–15 |
| HEMM | TSID, regardless of the access mechanism used | 8–15 |

**Claim Chart for U.S. Patent US 7,027,465 - Digi International Inc.**

**Table 9-1—UP-to-AC mappings**

| Priority | UP (Same as 802.1D user priority) | 802.1D designation | AC | Designation (informative) |
|---|---|---|---|---|
| Lowest | 1 | BK | AC_BK | Background |
| | 2 | — | AC_BK | Background |
| | 0 | BE | AC_BE | Best Effort |
| | 3 | EE | AC_BE | Best Effort |
| | 4 | CL | AC_VI | Video |
| Highest | 5 | VI | AC_VI | Video |
| | 6 | VO | AC_VO | Voice |
| | 7 | NC | AC_VO | Voice |

IEEE Std 802.11-2007, Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications; Page: 301

| | |
|---|---|
| 1[b]. comparing said extracted bit pattern with a search pattern, and<br><br>Specification Support:<br><br>The procedure shown in FIG. 2 is executed by the Access Point AP2 every time a Medium Access Control (MAC) layer frame has been received. | Defendant, using the Accused Products, performed the step of comparing said extracted bit pattern with a search pattern.<br><br>For example, WMM-compatible SoCs of the Accused Products compared the extracted User Priority (UP) bit pattern from the QoS Control field with predefined priority mappings, such as those specified in Table 14 of the WMM specification. In particular, the extracted UP value was compared against corresponding Access Category (AC) values to determine the appropriate traffic class.<br><br>For example, WMM compatible SoCs of the Accused Products compared the extracted UP bit pattern with a search pattern, such as the Access Category (“AC”). |



EXHIBIT D

**Claim Chart for U.S. Patent US 7,027,465 - Digi International Inc.**

<table>
<tr>
<td>In step S1, the AP 2 extracts a bit pattern from a given position in the received frame. The bit pattern can be a pattern of two bytes, for example. However, the length of the bit pattern can be selected arbitrarily. The extracted bit pattern is indicated by BP in FIG. 2. In step S2, the extracted bit pattern BP is compared with a predetermined search pattern SP.<br>Specification: Col- 5, Line- 22-30</td>
<td>Here, the "extracted bit pattern" corresponded to the UP subfield bit pattern contained in the QoS Control field, and the "search pattern" corresponded to the predefined UP-to-AC mappings used by WMM to classify traffic into one of the access categories AC_BK, AC_BE, AC_VI, or AC_VO.<br><br>See WMM Specification:<br><br>3.3 Assignment of Frames to Queues<br><br>3.3.1 Mappings for Unicast Frames<br>The MAC data service at a STA or AP provides for connectionless, asynchronous transport of MSDUs. Each MSDU transfer request includes an 802.1D Priority field equal to that value. The priority bits of the 802.1D field are mapped to Access Category (AC) according to Table 14 and are listed in increasing priority order. The UP field is carried in the QoS control field of an MPDU. The UP field references the AC the MPDU is transmitted at using the mapping defined in Table 14. At the receiver, the UP field carried in the MPDU shall be used to re-create the 802.1D priority information of the MSDU.<br><br>Table 14 802.1D Priority to AC mappings<br>
<table>
<tr><th>Priority</th><th>802.1D Priority (= UP)</th><th>802.1D Designation</th><th>Access Category</th><th>WMM Designation</th></tr>
<tr><td rowspan="8">lowest<br>↓<br>highest</td><td>1</td><td>BK</td><td rowspan="2">AC_BK</td><td rowspan="2">Background</td></tr>
<tr><td>2</td><td>-</td></tr>
<tr><td>0</td><td>BE</td><td rowspan="2">AC_BE</td><td rowspan="2">Best Effort</td></tr>
<tr><td>3</td><td>EE</td></tr>
<tr><td>4</td><td>CL</td><td rowspan="2">AC_VI</td><td rowspan="2">Video</td></tr>
<tr><td>5</td><td>VI</td></tr>
<tr><td>6</td><td>VO</td><td rowspan="2">AC_VO</td><td rowspan="2">Voice</td></tr>
<tr><td>7</td><td>NC</td></tr>
</table>
<br>Wi-Fi Multimedia Technical Specification, Wi-Fi Alliance Technical Committee, version 1.2.0, 2012, Page: 25</td>
</tr>
</table>



EXHIBIT D

| | |
|---|---|
| | **3.4 Channel Access Protocol**<br><br>**3.4.1 Reference Implementation**<br>The channel access protocol is derived from the DCF procedures described in [1]. This document specifies only differences between the WMM channel access protocol and the reference.<br><br><br><br><br>**Figure 17 Reference Implementation Model**<br><br>A model of the reference implementation is shown in Figure 17 and illustrates the mapping of the priority bits of the 802.1D Priority information that is contained in the MSDU to UP, access category (AC), the four transmit queues, and four independent channel access functions, one for each queue. The mapping of AC to priority is described in section 3.3. Each AC is associated with its own sequence number counter as described in 2.1.5.<br><br>Wi-Fi Multimedia Technical Specification, Wi-Fi Alliance Technical Committee, version 1.2.0, 2012, Page: 26 |



EXHIBIT D

| | |
|---|---|
| | In another example, 802.11-2007 compatible SoCs of the Accused Products compared the extracted TID bit pattern User Priority ("UP") with the Access Category ("AC") search pattern.<br><br>See, e.g., IEEE 802.11-2007 Specification:<br><br>**9.1.3.1 HCF contention-based channel access (EDCA)**<br><br>The EDCA mechanism provides differentiated, distributed access to the WM for STAs using eight different UPs. The EDCA mechanism defines four access categories (ACs) that provide support for the delivery of traffic with UPs at the STAs. The AC is derived from the UPs as shown in Table 9-1.<br><br>For each AC, an enhanced variant of the DCF, called an *enhanced distributed channel access function* (EDCAF), contends for TXOPs using a set of EDCA parameters from the EDCA Parameter Set element or from the default values for the parameters when no EDCA Parameter Set element is received from the AP of the BSS with which the STA is associated, where<br><br>IEEE Std 802.11-2007, Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications; Page: 300 |

**Claim Chart for U.S. Patent US 7,027,465 - Digi International Inc.**

**Table 9-1—UP-to-AC mappings**

| Priority | UP (Same as 802.1D user priority) | 802.1D designation | AC | Designation (informative) |
|---|---|---|---|---|
| Lowest | 1 | BK | AC_BK | Background |
| | 2 | — | AC_BK | Background |
| | 0 | BE | AC_BE | Best Effort |
| | 3 | EE | AC_BE | Best Effort |
| | 4 | CL | AC_VI | Video |
| Highest | 5 | VI | AC_VI | Video |
| | 6 | VO | AC_VO | Voice |
| | 7 | NC | AC_VO | Voice |

IEEE Std 802.11-2007, Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications; Page: 301

**9.9.1 HCF contention-based channel access (EDCA)**

**9.9.1.1 Reference implementation**

The channel access protocol is derived from the DCF procedures described in 9.2.

A model of the reference implementation is shown in Figure 9-17 and illustrates a mapping from frame type or UP to AC; the four transmit queues and the four independent EDCAFs, one for each queue. The mapping of UP to the AC is described in 9.1.3.1 and Table 9-1. The mapping of frame types to ACs is described in 9.1.3.1.

Claim Chart for U.S. Patent US 7,027,465 - Digi International Inc.

| | |
|---|---|
| | <br>**Figure 9-17—Reference implementation model**<br><br>IEEE Std 802.11-2007, Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications; Page: 334, 335 |
| 1[c]. identifying a received frame as a priority frame in case said extracted bit pattern matches with said search pattern,<br><br>Specification Support:<br><br>The procedure shown in FIG. 2 is executed by the Access Point AP2 every time a Medium Access Control (MAC) layer frame has been received.<br><br>In step S1, **the AP 2 extracts a bit pattern** from a given position in the received frame. The bit pattern can be a pattern of two bytes, for example. However, the length of the bit | Defendant, using the Accused Products, performed the step of identifying a received frame as a priority frame in case said extracted bit pattern matched with said search pattern, i.e., the WMM compatible SoCs of the Accused Products identified the priority Access Category of the WMM Data frame if the UP of the frame matched an AC search pattern.<br><br>For example, WMM-compatible SoCs of the Accused Products identified the Access Category corresponding to a WMM data frame based on the result of comparing the extracted User Priority bit pattern with the predefined UP-to-AC mappings. In particular, if the extracted UP value matched a predefined mapping associated with a higher-priority access category, such as AC_VI or AC_VO, the frame was identified as a priority frame.<br><br>Here, "identifying received frame as a priority frame" corresponded to the result of comparing the extracted UP bit pattern with the predefined UP-to-AC mappings, "priority frame" corresponded to a frame whose UP value mapped to a higher-priority Access Category, such as AC_VI (Video) or AC_VO (Voice) and “search pattern” corresponded to the predefined UP-to-AC mapping used by WMM to associate a User Priority (UP) value with a corresponding Access Category (AC). |

| | |
|---|---|
| pattern can be selected arbitrarily. The extracted bit pattern is indicated by BP in FIG. 2. In step S2, **the extracted bit pattern BP is compared with a predetermined search pattern SP. If in step S3 it is decided that both patterns match, it is determined in step S4 that the actual frame is a priority frame.** On the other hand, if it is decided in step S3 that both patterns do not match, it is determined in step S5 that the actual frame is not a priority frame. After identifying the priority of the frame, the frame can be treated according to the identified priority. *Specification: Col- 5, Line- 22-36* | See WMM Specification:<br>**3.3.2 Mappings for Received Unicast Frames at an AP**<br>Unicast frames received by an AP may be:<br>a) Non-QoS subtypes, in which case the AP shall assign an 802.1D priority of 0 (best effort) to them. See section 2.1<br>b) QoS subtypes, in which case the AP shall use the UP subfield of the QoS control field as the priority information.<br>Wi-Fi Multimedia Technical Specification, Wi-Fi Alliance Technical Committee, version 1.2.0, 2012, Page: 25<br>**3.3 Assignment of Frames to Queues**<br>**3.3.1 Mappings for Unicast Frames**<br>The MAC data service at a STA or AP provides for connectionless, asynchronous transport of MSDUs. Each MSDU transfer request includes an 802.1D Priority field equal to that value. The priority bits of the 802.1D field are mapped to Access Category (AC) according to Table 14 and are listed in increasing priority order. The UP field is carried in the QoS control field of an MPDU. The UP field references the AC the MPDU is transmitted at using the mapping defined in Table 14. At the receiver, the UP field carried in the MPDU shall be used to re-create the 802.1D priority information of the MSDU. |

**Table 14 802.1D Priority to AC mappings**

| Priority | 802.1D Priority (= UP) | 802.1D Designation | Access Category | WMM Designation |
|---|---|---|---|---|
| lowest | 1 | BK | AC_BK | Background |
| | 2 | - | | |
| | 0 | BE | AC_BE | Best Effort |
| | 3 | EE | | |
| | 4 | CL | AC_VI | Video |
| | 5 | VI | | |
| | 6 | VO | AC_VO | Voice |
| highest | 7 | NC | | |



EXHIBIT D

Wi-Fi Multimedia Technical Specification, Wi-Fi Alliance Technical Committee, version 1.2.0, 2012, Page: 25

## 3.4 Channel Access Protocol

### 3.4.1 Reference Implementation

The channel access protocol is derived from the DCF procedures described in [1]. This document specifies only differences between the WMM channel access protocol and the reference.




**Figure 17 Reference Implementation Model**

A model of the reference implementation is shown in Figure 17 and illustrates the mapping of the priority bits of the 802.1D Priority information that is contained in the MSDU to UP, access category (AC), the four transmit queues, and four independent channel access functions, one for each queue. The mapping of AC to priority is described in section 3.3. Each AC is associated with its own sequence number counter as described in 2.1.5.

Wi-Fi Multimedia Technical Specification, Wi-Fi Alliance Technical Committee, version 1.2.0, 2012, Page: 26

In another example, 802.11-2007 compatible SoCs of the Accused Products identified the priority Access Category ("AC") of the data frame if the TID UP bit pattern matched an AC search pattern.



EXHIBIT D

See, e.g., IEEE 802.11-2007 Specification:

**6.1.1.1.1 Determination of UP of received frames at the AP sent by other STAs in the BSS**

The received unicast frames at the AP may be as follows:

a) Non-QoS subtypes, in which case the AP shall assign to them a priority of Contention, if they are received during the contention period (CP), or ContentionFree, if they are received during the contention-free period (CFP).

b) QoS subtypes, in which case the AP shall infer the UP value from the TID in the QoS Control field directly for TID values between 0 and 7. For TID values between 8 and 15, the AP shall extract the UP value in the UP subfield of the TS Info field in the associated TSPEC or from the UP field in the associated TCLAS (traffic classification) element, as applicable.

QoS APs deliver the UP with the received MSDUs to the DS.

IEEE Std 802.11-2007, Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications; Page: 99

**Table 9-1—UP-to-AC mappings**

| Priority | UP (Same as 802.1D user priority) | 802.1D designation | AC | Designation (informative) |
|---|---|---|---|---|
| Lowest | 1 | BK | AC_BK | Background |
| | 2 | — | AC_BK | Background |
| | 0 | BE | AC_BE | Best Effort |
| | 3 | EE | AC_BE | Best Effort |
| | 4 | CL | AC_VI | Video |
| Highest | 5 | VI | AC_VI | Video |
| | 6 | VO | AC_VO | Voice |
| | 7 | NC | AC_VO | Voice |

| | |
|---|---|
| | IEEE Std 802.11-2007, Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications; Page: 301<br><br>**9.9.1 HCF contention-based channel access (EDCA)**<br><br>**9.9.1.1 Reference implementation**<br><br>The channel access protocol is derived from the DCF procedures described in 9.2.<br><br>A model of the reference implementation is shown in Figure 9-17 and illustrates a mapping from frame type or UP to AC: the four transmit queues and the four independent EDCAFs, one for each queue. The mapping of UP to the AC is described in 9.1.3.1 and Table 9-1. The mapping of frame types to ACs is described in 9.1.3.1.<br><br><br><br><br>**Figure 9-17—Reference implementation model**<br><br>IEEE Std 802.11-2007, Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications; Page: 334, 335 |



EXHIBIT D

**Claim Chart for U.S. Patent US 7,027,465 - Digi International Inc.**

| | |
|---|---|
| 1[d]. wherein said predetermined position in said frame is defined by the offset of said bit pattern in said frame.<br><br>Specification Support:<br>**The position of the bit pattern to be extracted is defined by the offset OS from the start of the MAC frame,** as shown in FIG. 3. Thus, the AP 2 requires only information regarding the offset OS and the search pattern SP for checking priority of certain MAC frames.<br>*Specification: Col- 5, Line- 36-40* | Defendant, using the Accused Products, performed the step of wherein said predetermined position in said frame was defined by the offset of said bit pattern in said frame.<br><br>For example, WMM compatible SoCs of the Accused Products predetermined the position of the bit pattern by inspecting the Frame Control field to anticipate which non-minimal field had data present in the frame MAC Header so the offset of the UP bit pattern could be determined.<br><br>The Type and Subtype fields inform whether the QoS control field are present in the data frame; if present, the UP bit pattern offset is two octets.<br><br>See WMM Specification:<br><br>**2.1.6 QoS Control Field**<br>The QoS control field consists of two octets and is shown in Figure 4.<br><br><br>**Figure 4 QoS Control Field**<br>The three bit UP field carries the priority bits of the 802.1D Priority and is used to signal the priority for this frame. It also implies the sending AC according to the mappings in Table 14. The UP for each MPDU of a MSDU shall be the same value.<br><br>Wi-Fi Multimedia Technical Specification, Wi-Fi Alliance Technical Committee, version 1.2.0, 2012, Page: 12 |



EXHIBIT D

**Claim Chart for U.S. Patent US 7,027,465 - Digi International Inc.**

# 2.0 WMM Frame Formats

## 2.1 Data Frame Formats

### 2.1.1 Fields

Data, Control and Management frames are indicated by a type subfield in the frame control field, as defined for [1]. Data frames include additional WMM-specified subtypes and conditional fields.

The general frame format for data type frames is shown in Figure 1.

| 2 | 2 | 6 | 6 | 6 | 2 | 6 or 0 | 2 or 0 | n | 4 |
|---|---|---|---|---|---|---|---|---|---|
| Frame Control | Dur | Address 1 | Address 2 | Address 3 | Seq Control | Address 4 | QoS Control | Body | FCS |

MAC Header

**Figure 1 WMM QoS Data Frame Format**

The Address 4 and QoS control fields are conditionally present in the MAC header, determined by values in the frame control field. The Address 4 field is present if and only if both toDS and fromDS bits are set in the frame control field (see 2.1.2). The QoS control field is present if and only if the frame is of subtype QoS data or QoS null.

### 2.1.2 Frame Control Field

There are no changes to the definition of the frame control field division into subfields. Subfield allocations are shown in Figure 2 and are identical to [1].

| 15 | 14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 4 | 3 2 | 1 0 |
|---|---|---|---|---|---|---|---|---|---|---|
| Order | WEP | More Data | Power Manage-ment | Retry | More Frag | From Ds | To DS | Subtype | Type | Version |

**Figure 2 Frame Control Field [1]**

Additional data subtypes are defined for WMM as shown in Table 1.



EXHIBIT D

**Claim Chart for U.S. Patent US 7,027,465 - Digi International Inc.**

| | |
|---|---|
| | **Table 1 Additional WMM Data Subtype Codes**<br><br>Type (MSB-LSB) / Subtype (MSB-LSB) / Subtype Description<br>10 / 1000 / QoS data<br>10 / 1100 / QoS null<br>00 / 1101 / Management Action<br><br>Wi-Fi Multimedia Technical Specification, Wi-Fi Alliance Technical Committee, version 1.2.0, 2012, Page: 10-11<br><br>In another example, 802.11-2007+ compatible SoCs of the Accused Products predetermined the position of the bit pattern by inspecting the Frame Control field to anticipate which non-minimal field has data present in the frame MAC Header in order to determine the offset of the TID bit pattern can be determined.<br><br>The Type and Subtype fields inform whether the QoS control field are present in the data frame; if present, the TID bit pattern offset is two octets.<br><br>See, e.g., IEEE 802.11-2007 Specification: |

| | |
|---|---|
| | **7.1.3.5 QoS Control field**<br><br>The QoS Control field is a 16-bit field that identifies the TC or TS to which the frame belongs and various other QoS-related information about the frame that varies by frame type and subtype. The QoS Control field is present in all data frames in which the QoS subfield of the Subtype field is set to 1 (see 7.1.3.1.2). Each QoS Control field comprises five subfields, as defined for the particular sender (HC or non-AP STA) and frame type and subtype. The usage of these subfields and the various possible layouts of the QoS Control field are described 7.1.3.5.1 through 7.1.3.5.7 and illustrated in Table 7-4.<br><br>**Table 7-4—QoS Control field** |

| Applicable frame (sub) types | Bits 0–3 | Bit 4 | Bits 5-6 | Bit 7 | Bits 8–15 |
|---|---|---|---|---|---|
| QoS (+)CF-Poll frames sent by HC | TID | EOSP | Ack Policy | Reserved | TXOP Limit |
| QoS Data, QoS Null, and QoS Data+CF-Ack frames sent by HC | TID | EOSP | Ack Policy | Reserved | AP PS Buffer State |
| QoS data frames sent by non-AP STAs | TID | 0 | Ack Policy | Reserved | TXOP Duration Requested |
| | TID | 1 | Ack Policy | Reserved | Queue Size |

IEEE Std 802.11-2007, Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, p. 115



EXHIBIT D

### 7.1.2 General frame format

The MAC frame format comprises a set of fields that occur in a fixed order in all frames. Figure 7-1 depicts the general MAC frame format. The first three fields (Frame Control, Duration/ID, and Address 1) and the last field (FCS) in Figure 7-1 constitute the minimal frame format and are present in all frames, including reserved types and subtypes. The fields Address 2, Address 3, Sequence Control, Address 4, QoS Control, and Frame Body are present only in certain frame types and subtypes. Each field is defined in 7.1.3. The format of each of the individual subtypes of each frame type is defined in 7.2. The components of management frame bodies are defined in 7.3. The formats of management frames of subtype Action are defined in 7.4

The Frame Body field is of variable size. The maximum frame body size is determined by the maximum MSDU size (2304 octets) plus any overhead from security encapsulation.




**Figure 7-1—MAC frame format**

IEEE Std 802.11-2007, Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, p. 108

### 7.1.3 Frame fields

#### 7.1.3.1 Frame Control field

The Frame Control field consists of the following subfields: Protocol Version, Type, Subtype, To DS, From DS, More Fragments, Retry, Power Management, More Data, Protected Frame, and Order. The format of the Frame Control field is illustrated in Figure 7-2.

| B0 B1 | B2 B3 | B4 B7 | B8 | B9 | B10 | B11 | B12 | B13 | B14 | B15 |
|---|---|---|---|---|---|---|---|---|---|---|
| Protocol Version | Type | Subtype | To DS | From DS | More Frag | Retry | Pwr Mgt | More Data | Protected Frame | Order |
| Bits : 2 | 2 | 4 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

**Figure 7-2—Frame Control field**

IEEE Std 802.11-2007, Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, p. 108

**Claim Chart for U.S. Patent US 7,027,465 - Digi International Inc.**

| | |
|---|---|
| | **Table 7-1—Valid type and subtype combinations *(continued)*** |

| Type value b3 b2 | Type description | Subtype value b7 b6 b5 b4 | Subtype description |
|---|---|---|---|
| 10 | Data | 0000 | Data |
| 10 | Data | 0001 | Data + CF-Ack |
| 10 | Data | 0010 | Data + CF-Poll |
| 10 | Data | 0011 | Data + CF-Ack + CF-Poll |
| 10 | Data | 0100 | Null (no data) |
| 10 | Data | 0101 | CF-Ack (no data) |
| 10 | Data | 0110 | CF-Poll (no data) |
| 10 | Data | 0111 | CF-Ack + CF-Poll (no data) |
| 10 | Data | 1000 | QoS Data |
| 10 | Data | 1001 | QoS Data + CF-Ack |
| 10 | Data | 1010 | QoS Data + CF-Poll |
| 10 | Data | 1011 | QoS Data + CF-Ack + CF-Poll |
| 10 | Data | 1100 | QoS Null (no data) |
| 10 | Data | 1101 | Reserved |
| 10 | Data | 1110 | QoS CF-Poll (no data) |
| 10 | Data | 1111 | QoS CF-Ack + CF-Poll (no data) |
| 11 | Reserved | 0000–1111 | Reserved |

Each Subtype field bit position is used to indicate a specific modification of the basic data frame (subtype 0). Frame Control bit 4 is set to 1 in data subtypes that include +CF-Ack, bit 5 is set to 1 in data subtypes that include +CF-Poll, bit 6 is set to 1 in data subtypes that contain no Frame Body field, and bit 7 is set to 1 in the QoS data subtypes, which have QoS Control fields in their MAC headers.

IEEE Std 802.11-2007, Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, p. 110



EXHIBIT D