**Claim Chart for U.S. Patent 6,891,807- Digi International Inc.**

| Claim | Digi International Inc. |
|---|---|
| 46 [Pre]. A process for provisioning between a wireless device and a network, the wireless device having a transmitted signal, comprising the steps of:<br><br>Specification Support:<br><br>**Time-Based Provisioning Process. FIG. 3 is a flow chart of a time based wireless access provisioning process 52 a. The network access point 12** tracks 54 the power on time of **wireless devices 14**, whereby the powered wireless device begins transmission of a reverse link signal 28. When a wireless device 14 to be authorized is powered on 56, the provisioning logic 44 at the network access point 12 notes the power on time 82 (FIG. 5). The user U then activates 58 the provisioning access 44 at the network access point 12, typically by pressing an activation button or switch 46.<br><br>*Specification: Col-5, Line- 27-37* | The accused products, including the Digi XBee Wi-Fi modules, System-on-Modules ConnectCore modules, and Wireless Vehicle Bus Adapters with Wi-Fi Protected Setup (WPS) functionality for associating devices, including, but not limited to, Digi XBee Wi-Fi (S6B) - XB2B-WFPS-001, XB2B-WFRS-001, XB2B-WFUS-001, XB2B-WFPT-001, XB2B-WFUT-001, XB2B-WFWT-001, XB2B-WFST-001; System-on-Modules–ConnectCore 91, ConnectCore 93, ConnectCore 95, ConnectCore MP13, ConnectCore 15, ConnectCore 25, ConnectCore 8M Mini, ConnectCore 8M Nano, ConnectCore 8X, ConnectCore 6, ConnectCore 6UL, ConnectCore 6 Plus; Wireless Vehicle Bus Adapter (WVA), implemented the recited process.<br><br>Push Button Configuration (PBC) is a Wi-Fi Protected Setup (WPS) method that enables two devices to automatically establish a secure wireless connection without manually entering network credentials. In the PBC method, a user presses the PBC button on the enrollee and, within a 120-second Walk Time, presses the PBC button on the Registrar/Access Point. The enrollee then transmits probe request messages containing the WSC IE PBC information element, which are detected by the registrar. The registrar responds to the probe requests, exchanges WPS registration messages with the enrollee, and automatically associates the devices upon successful completion of the registration protocol.<br><br>Accordingly, the PBC procedure provided an implementation of the claimed time-based wireless provisioning process, in which provisioning was initiated based on the wireless device's transmission occurring within the specified time interval.<br><br>DIGI Connect with Confidence<br><br>Digi XBee® Wi-Fi |



EXHIBIT E

**Claim Chart for U.S. Patent 6,891,807- Digi International Inc.**




**Exciting features on the Digi XBee Wi-Fi module include:**

- Native Digi Remote Manager support: Module can automatically connect to Digi Remote Manager
- Simple provisioning tools: SoftAP, WPS, and a local WebUI are all available to make provisioning the module a breeze
- Flexible design options: Available in Through-Hole and Surface-Mount footprints

https://www.digi.com/products/embedded-systems/digi-xbee/rf-modules/2-4-ghz-rf-modules/xbee-wi-fi#overview

## XBee Wi-Fi Product Datasheet

BENEFITS

- Native Digi Remote Manager integration for data acquisition and device management
- Hardware and software complete module easily joins existing 802.11 b/g/n (Wi-Fi) infrastructures
- Common Digi XBee footprint allows OEMs to support a variety of wireless protocols
- Flexible SPI and UART serial interfaces
- Available in Surface Mount and Through-Hole form factors
- Support for low-power sleeping applications with <6 µA power-down current
- Over-the-air data rates up to 72 Mbps
- Simple provisioning methods including Soft AP and Wi-Fi Protected Setup (WPS)



EXHIBIT E

**Claim Chart for U.S. Patent 6,891,807- Digi International Inc.**

| PART NUMBERS | DESCRIPTION |
|---|---|
| XB2B-WFPS-001 | Digi XBee Wi-Fi (S6B), PCB Antenna, SMT |
| XB2B-WFRS-001 | Digi XBee Wi-Fi (S6B), RF Pad Antenna, SMT |
| XB2B-WFUS-001 | Digi XBee Wi-Fi (S6B), U.FL Antenna, SMT |
| XB2B-WFPT-001 | Digi XBee Wi-Fi (S6B), PCB Antenna, Through-Hole |
| XB2B-WFUT-001 | Digi XBee Wi-Fi (S6B), U.FL Antenna, Through-Hole |
| XB2B-WFWT-001 | Digi XBee Wi-Fi (S6B), Wire Antenna, Through-Hole |
| XB2B-WFST-001 | Digi XBee Wi-Fi (S6B), RPSMA Antenna, Through-Hole |

https://www.digi.com/resources/library/data-sheets/ds_xbeewifis6b

System-on-Modules




https://docs.digi.com/resources/documentation/digidocs/embedded/index.html



EXHIBIT E

**Claim Chart for U.S. Patent 6,891,807- Digi International Inc.**

| | |
|---|---|
| | Wi-Fi Direct<br><br>Wi-Fi Direct is a Wi-Fi standard that allows devices to connect with each other without requiring a Wi-Fi access point. Wi-Fi Direct negotiates the link with a Wi-Fi Protected Setup (WPS) system that assigns each device a limited wireless access point.<br><br>Establishing a peer-to-peer (P2P) link has the following phases:<br><br>• **P2P discovery**, which allows to search for P2P devices in the vicinity<br>• **P2P group formation**, a P2P group is formed with the identification of one of the devices as group owner. A device can either become group owner (GO) autonomously if configured to do so or it can be negotiated between devices with the exchange of GO intents.<br>• **P2P provisioning**, which authenticates the link by using either Push Button Configuration (PBC) or PIN authentication.<br>• **P2P connection**, when the connection between a Group Owner (GO) and a Group Client (GC) is actually established.<br><br>https://docs.digi.com/resources/documentation/digidocs/embedded/dey/5.0/cc8mmini/bsp-wifi-direct_r.html<br><br>Wireless Vehicle Bus Adapter (WVA)<br><br>**Configure WVA for Wi-Fi Direct** |



EXHIBIT E

**Claim Chart for U.S. Patent 6,891,807- Digi International Inc.**

4. The Wi-Fi Direct Wizard launches. The wizard prompts you for a device name and the method for establishing the Wi-Fi Direct connection.
   a. In the **Device Name** field, enter an identifier associated with the WVA. The recommended name is the fleet ID for the vehicle, such as **truck326**:







   b. In the **WPS Method** field, select the Wi-Fi Protected Setup (WPS) method that Wi-Fi Direct users will use to connect to the WVA. Options are:
      - **Push Button**: Configures the Wi-Fi Direct connection to be established by a user pressing the WVA button. The **Push Button** method establishes the Wi-Fi Direct connection from the phone/tablet side with no data entry required. Because most phone/tablet devices remember the connection, the connection needs to be established only once. However, users must locate the WVA in the vehicle to press the button, which can be difficult to do in some vehicles.
      - Checking the **Reconfigure IP addresses for Wi-Fi Direct** checkbox forces the WVA's IP addressing to a mode that always works for Wi-Fi Direct. Digi recommends keeping this checkbox check.
5. Click **Finish** to complete the wizard.
6. When the wizard completes, if a reboot is required, click **Reboot** to complete the configuration. The WVA enables Wi-Fi Direct mode and is configured with a default IP address of **192.168.43.1**

https://docs.digi.com//resources/documentation/digidocs/pdfs/90001929.pdf Pages 17, 24, 25, 26 of 83



EXHIBIT E

| | |
|---|---|
| | **Wi-Fi Protected Setup Specification**<br>**Version 1.0h**<br>**December 2006**<br><br>This document contains a proposal for easy, secure setup and introduction of devices into WPA-enabled 802.11 networks. It is intended to meet the requirements determined by the Wi-Fi Protected Setup working group in the Wi-Fi Alliance.<br><br>Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 1<br><br>**1.2. Scope**<br><br>The primary goal of Wi-Fi Protected Setup is to simplify the security setup and management of Wi-Fi networks. The goal of this specification is to provide users with the assurance that their wireless networks are protected against unauthorized access and disclosure of private information.<br><br>The scope of this document is limited to that outlined by the Wi-Fi Protected Setup Specification Requirements Document.<br><br>Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 7<br><br>**1.8.1. In-band Setup**<br><br>[…] |

**Claim Chart for U.S. Patent 6,891,807- Digi International Inc.**

| | |
|---|---|
| | Context 2: the user has a portable game console that he wants to connect to the existing WLAN for online gaming. This user prioritizes convenience over security, so he decides to use the push button configuration method for setting up the portable game console.<br><br>**Setup steps**<br><br>1. User presses the PBC button on the game console.<br>2. User presses the PBC button on the Registrar.<br>3. The game console and Registrar display the progress of the PBC method on their respective user interfaces. Upon completion of the protocol, both indicate "connection success."<br><br>Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 9<br><br>**2. Core Architecture**<br><br>**2.1. Definitions**<br><br>[…]<br><br>• Enrollee: A Device seeking to join a WLAN Domain. Once an Enrollee obtains a valid credential, it becomes a Member.<br><br>[…]<br><br>• Registrar: An entity with the authority to issue and revoke Domain Credentials. A Registrar may be integrated into an AP, or it may be separate from the AP. A Registrar may not have WLAN capability. A given Domain may have multiple Registrars.<br>• External Registrar: A Registrar for an AP's Domain that runs on a device separate from the AP<br>• PushButton Configuration (PBC): A configuration method triggered by pressing a physical or logical button on the Enrollee and on the Registrar.<br>• WLAN: A Wi-Fi network |



EXHIBIT E

**Claim Chart for U.S. Patent 6,891,807- Digi International Inc.**

| | |
|---|---|
| | Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 11<br><br>**2.2. Components and Interfaces**<br><br>***Figure 1: Components and Interfaces***<br><br>Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 12 |
| 46[a]. providing an access point connected to a network, the access point comprising an activatible provisioning time interval; and<br><br>Specification Support:<br>FIG. 5 shows a simplified timeline **70** ***a*** for **a time based wireless access provisioning process 52** ***a*****.** **The enhanced network access point 12 tracks power on 56 of wireless devices as a** | The accused products performed the step of providing an access point connected to a network, the access point comprising an activatible provisioning time interval.<br><br>For example, the WPS access points of the Accused Products comprised logic (i.e., software and/or hardware components used to implement interfaces such as A, M, and/or E) for implementing the PBC provisioning procedure. During the PBC procedure, the user pressed the PBC button on the enrollee and, within a 120-second Walk Time, pressed the PBC button on the Registrar/Access Point. The 120-second Walk Time provided an activatable provisioning time interval during which the registrar monitored for PBC-related transmissions from the enrollee and permited the WPS provisioning process to proceed. When the enrollee's PBC-related transmission was detected during the Walk Time, the registrar responded through probe responses and initiated |



EXHIBIT E

**Claim Chart for U.S. Patent 6,891,807- Digi International Inc.**

| | |
|---|---|
| **function of time 72. As seen in FIG. 5, the network access point 14 notes the start time 82 of the power on 56 of a wireless device 14 which is desired to be provisioned within the network 17.** The user then activates provisioning logic **44** at the network access point **12**, at time **86**. The provisioning logic **44** typically comprises an acceptance time interval **74**, e.g. such as a 5 minute interval **74**, having a start time **84** and an end time **86**, within which desired devices **14** are accepted **62** (FIG. **3**).<br><br>*Specification: Col- 5, Line- 55-66* | the WPS registration protocol to exchange WPS messages with the enrollee. Upon successful completion of the registration protocol, the registrar/access point and the enrollee and were automatically associated.<br><br>Wireless Vehicle Bus Adapter (WVA)<br><br>**Configure WVA for Wi-Fi Direct**<br><br>4. The Wi-Fi Direct Wizard launches. The wizard prompts you for a device name and the method for establishing the Wi-Fi Direct connection.<br>a. In the **Device Name** field, enter an identifier associated with the WVA. The recommended name is the fleet ID for the vehicle, such as **truck326**:<br><br>b. In the **WPS Method** field, select the Wi-Fi Protected Setup (WPS) method that Wi-Fi Direct users will use to connect to the WVA. Options are:<br>■ **Push Button**: Configures the Wi-Fi Direct connection to be established by a user pressing the WVA button. The **Push Button** method establishes the Wi-Fi Direct connection from the phone/tablet side with no data entry required. Because most phone/tablet devices remember the connection, the connection needs to be established only once. However, users must locate the WVA in the vehicle to press the button, which can be difficult to do in some vehicles.<br><br>https://docs.digi.com//resources/documentation/digidocs/pdfs/90001929.pdf Pages 17, 24, 25, 26 of 83<br><br>**4. Adding Member Devices** |



EXHIBIT E

**Claim Chart for U.S. Patent 6,891,807- Digi International Inc.**

| | |
|---|---|
| | […]<br><br>When an Enrollee is initialized, it looks for Beacons from APs and sends probe-requests with the WSC IE into either selected networks or into each network sequentially. It may also send probe-requests to each 802.11 channel with the WSC IE included. It looks for the WSC IE in probe-responses that it receives and can engage with one or more Registrars to further discover Registrar capabilities and to see if the user has selected a Registrar. The Enrollee should continue looking for selected Registrar flags in Beacons, probe-responses and any M2 messages and should cease scanning when it finds a Registrar indicating that it is prepared to configure it.<br><br>Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 25<br><br>**2.2. Components and Interfaces**<br><br><br><br>***Figure 1: Components and Interfaces***<br><br>Figure 1 illustrates the major components and their interfaces as defined by the Wi-Fi Protected Setup Proposal. There are three logical components involved in Wi-Fi Protected Setup: the Registrar, the AP, and the Enrollee. In some cases these logical components may be co-located. For example, an AP may include a built-in Registrar to add Enrollees in a standalone fashion either with or without a web browser. |



EXHIBIT E

**Claim Chart for U.S. Patent 6,891,807- Digi International Inc.**

| | |
|---|---|
| | 2. Including a unique, randomly generated device password on a display or printed label. The device password is used to authenticate the in-band exchange between the Registrar and Enrollee.<br>3. Optionally supporting one or more out-of-band channels for easier and more secure configuration.<br>4. Implementing the "Enrollee" part of the Registration Protocol (for more details, refer to section 2.3).<br>5. Optionally receiving ad-hoc probe-responses from wireless Registrars.<br><br>**Registrar**<br><br>The Registrar implements Interface E by:<br>1. Processing Enrollee (device or AP) Discovery data in Probe messages (for wireless Registrars) and/or UPnP (for IP-based Registrars).<br>2. Implementing the "Registrar" part of the Registration Protocol (for more details, see section 2.3).<br>3. Optionally supporting one or more out-of-band channels for easier and more secure configuration<br>4. Configuring the AP with the Enrollee's MAC address and Credential using Interface M if necessary<br>5. Responding to Enrollee Probe-Requests through Probe-Responses if Registrar is an AP or operating in ad-hoc mode.<br><br>Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 12 & 13<br><br>**10. PushButton Configuration**<br><br>**10.1. Introduction**<br><br>This section specifies an optional method called PushButton Configuration (PBC) that allows a Registrar with a very simple user interface (for example, a button and a LED) and no additional out-of-band channel to provide Credentials to PBC-capable Enrollee devices. PBC Enrollees may also have very simple user interfaces. PBC requires only a single button press on the Enrollee and on the Registrar, in arbitrary order.<br><br>Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 77 |



EXHIBIT E

**Claim Chart for U.S. Patent 6,891,807- Digi International Inc.**

| | |
|---|---|
| | **10.3. PBC Technical Description**<br><br>The button press or equivalent trigger event on the Enrollee causes it to actively search for a Registrar in PBC mode. However, the Enrollee MUST not proceed immediately with the Registration Protocol when it first discovers a Registrar. Instead, the Enrollee MUST complete a scan of all 802.11 channels that it supports to discover if any other nearby Registrars are in PBC mode.<br><br>The Enrollee performs this scan by sending out probe requests with a Device Password ID indicating that the Enrollee is in PBC mode and receiving probe responses indicating a Selected Registrar with a PBC Device Password ID. During this scan, the Enrollee MUST abort its connection attempt and signal a "session overlap" error to the user if it discovers more than one Registrar in PBC mode. If a session overlap error occurs, the user should be advised through the Enrollee or Registrar UI or product literature to wait some period of time before trying again. Note: In the case of a dual-band AP and a dual-band station, the station may discover more than one Registrar in PBC mode. If the dual-band station does discover more than one Registrar in PBC mode, one each RF band, and the UUID in the Beacon and Probe-Response are the same for all RF bands, then the station shall not consider this to be a session overlap.<br><br>Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 78<br><br>**2. Core Architecture**<br><br>**2.1. Definitions**<br><br>[…]<br><br>• Registrar: An entity with the authority to issue and revoke Domain Credentials. A Registrar may be integrated into an AP, or it may be separate from the AP. A Registrar may not have WLAN capability. A given Domain may have multiple Registrars.<br><br>• External Registrar: A Registrar for an AP's Domain that runs on a device separate from the AP<br><br>• PushButton Configuration (PBC): A configuration method triggered by pressing a physical or logical button on the Enrollee and on the Registrar.<br><br>• WLAN: A Wi-Fi network |



EXHIBIT E

| | |
|---|---|
| | Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 11<br><br>**10.2. User Experience**<br><br>The PBC method requires the user to press a button on both the Enrollee and on the Registrar within a two-minute interval called the Walk Time. Figure 10 illustrates an example of the user actions and relative timings of PBC for the case where the Enrollee button is pressed first. The case where the Registrar button is pressed first is similar, but not shown here. Section 10.3 contains a more detailed explanation of the protocol.<br><br><br><br><br>***Figure 10 PBC User Actions***<br><br>In this example, the user first pushes the button on the Enrollee and then goes to the Registrar to push the Registrar's button. The user must complete the second button push within Walk Time, a maximum of 120 seconds, or the Enrollee times-out and indicates failure. Similarly, if the user first pushes the Registrar button, the Enrollee button must be pushed within Walk Time or the Registrar will indicate failure.<br>Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 77 & 78 |



EXHIBIT E

**Claim Chart for U.S. Patent 6,891,807- Digi International Inc.**

| | |
|---|---|
| 46 [b]. initiating provisioning of the wireless device if the transmission of the wireless signal from the wireless device to the access point begins during the interval. | The Defendant Products performed the step of initiating provisioning of the wireless device if the transmission of the wireless signal from the wireless device to the access point begins during the interval.<br><br>For example, in the Push Button Configuration (PBC) mode of Wi-Fi Protected Setup (WPS), the enrollee entered PBC mode and transmitted a probe request containing the Wi-Fi Simple Configuration Information Element (WSC IE PBC) to the registrar/access point. The registrar monitored for and detected the probe request during the 120-second Walk Time interval. When the enrollee's transmission began during the 120-second Walk Time, the registrar detected the received probe request, responded through probe responses, and initiated the WPS registration protocol to exchange WPS messages with the enrollee. Upon successful completion of the registration protocol, the registrar/access point and the enrollee were automatically associated.<br><br>Here, "initiating provisioning of the wireless device" corresponds to the registrar initiating the WPS registration protocol with the enrollee; "the transmission of the wireless signal from the wireless device to the access point" corresponds to the enrollee's PBC-related probe request; and "the interval" corresponds to the 120-second Walk Time interval.<br><br>**2. Core Architecture**<br><br>**2.1. Definitions**<br><br>• PushButton Configuration (PBC): A configuration method triggered by pressing a physical or logical button on the Enrollee and on the Registrar.<br><br>Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 11<br><br>**4. Adding Member Devices**<br>[…] |



EXHIBIT E

**Claim Chart for U.S. Patent 6,891,807- Digi International Inc.**

| | |
|---|---|
| | When an Enrollee is initialized, it looks for Beacons from APs and sends probe-requests with the WSC IE into either selected networks or into each network sequentially. It may also send probe-requests to each 802.11 channel with the WSC IE included. It looks for the WSC IE in probe-responses that it receives and can engage with one or more Registrars to further discover Registrar capabilities and to see if the user has selected a Registrar. The Enrollee should continue looking for selected Registrar flags in Beacons, probe-responses and any M2 messages and should cease scanning when it finds a Registrar indicating that it is prepared to configure it.<br><br>Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 25<br><br>**2.2.2. Interface E**<br><br>This interface is logically located between the Enrollee and the Registrar (physically, the AP can work as a proxy to convey the messages). The purpose of Interface E is to enable the Registrar to discover and issue WLAN Credentials to the Enrollee. Interface E may include only WLAN communication or it may also include communication across an out-of-band channel.<br><br>Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 12 & 13<br><br>Context 2: the user has a portable game console that he wants to connect to the existing WLAN for online gaming. This user prioritizes convenience over security, so he decides to use the push button configuration method for setting up the portable game console.<br><br>**Setup steps**<br><br>1. User presses the PBC button on the game console.<br>2. User presses the PBC button on the Registrar.<br>3. The game console and Registrar display the progress of the PBC method on their respective user interfaces. Upon completion of the protocol, both indicate "connection success."<br><br>Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 9 |



EXHIBIT E

**Claim Chart for U.S. Patent 6,891,807- Digi International Inc.**

| | |
|---|---|
| | **10.2. User Experience**<br><br>The PBC method requires the user to press a button on both the Enrollee and on the Registrar within a two-minute interval called the Walk Time. Figure 10 illustrates an example of the user actions and relative timings of PBC for the case where the Enrollee button is pressed first. The case where the Registrar button is pressed first is similar, but not shown here. Section 10.3 contains a more detailed explanation of the protocol.<br><br><br><br><br>***Figure 10 PBC User Actions***<br><br>In this example, the user first pushes the button on the Enrollee and then goes to the Registrar to push the Registrar's button. The user must complete the second button push within Walk Time, a maximum of 120 seconds, or the Enrollee times-out and indicates failure. Similarly, if the user first pushes the Registrar button, the Enrollee button must be pushed within Walk Time or the Registrar will indicate failure.<br><br>Wi-Fi Protected Setup, Version: 1.0h, December 2006, p. 77 & 78 |



EXHIBIT E